```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 08 B 31351
        STEPHEN PALLOTTO
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

            Debtor
        SSN XXX-XX-3075
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/17/08 .

   2.  The case was converted to Chapter 7 without confirmation, 01/26/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

      Summary of disbursements:
---

|   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, SHERRY L HOWARD               , was allowed $      .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/18/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                          PAGE   2
      CASE NO. 08 B 31351 STEPHEN PALLOTTO
```